UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARY S. NASELSKY,

        Petitioner,

vs.                            Case No. 3:05-cv-1202-J-12MCR

THE STATE OF FLORIDA,

        Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 4, 2006, the Court ordered Petitioner to file an amended petition and to either pay the $5.00 filing fee or file an affidavit of indigency. Further, the Court notified Petitioner that failure to do so within twenty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1ST day of FEBRUARY, 2006.

                                    Howell W. Melton
                                UNITED STATES DISTRICT JUDGE

ps 1/30
c:
Gary S. Naselsky